**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

ESTHER ENRIQUEZ,                                              )
                                                             )
      Plaintiff/Counterdefendant,                        )
                                                             )
v.                                                           )          Case 2:26-cv-109-GBW-KRS
                                                             )
MESILLA VALLEY MANUFACTURED                                  )
HOUSING COMMUNITY, LLC; and                                  )
ROSEHILL PROPERTY MANAGEMENT, INC.,                          )
                                                             )
      Defendants/Counterplaintiffs.                     )

### ORDER ADOPTING JOINT STATUS REPORT AND PROVISIONAL DISCOVERY PLAN WITH MODIFICATIONS

At the Rule 16 scheduling conference held on April 15, 2026, the Court reviewed the parties' Joint Status Report and Provisional Discovery Plan, and adopted it as modified by the dates provided in the Court's Scheduling Order, filed concurrently with this Order.

IT IS SO ORDERED this 15th day of April, 2026.


_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE