## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

ESTHER ENRIQUEZ,                              )
                                              )
    Plaintiff/Counterdefendant,              )
                                              )
v.                                            )    Case 2:26-cv-109-GBW-KRS
                                              )
MESILLA VALLEY MANUFACTURED                   )
HOUSING COMMUNITY, LLC; and                   )
ROSEHILL PROPERTY MANAGEMENT, INC.,           )
                                              )
    Defendants/Counterplaintiffs.            )

## ORDER GRANTING JOINT MOTION TO EXTEND CLOSE OF DISCOVERY

**THIS MATTER** having come before the Court upon the parties' Joint Motion to Extend Termination Date for Discovery, (the "Motion"), (Doc. 22), filed on July 27, 2026. Considering the Motion and record of the case, and noting the Motion is unopposed, the Court finding good cause GRANTS the Motion and extends the parties' termination of discovery to **October 2, 2026**. All other deadlines shall remain the same as set forth in the Court's Scheduling Order, (Doc. 15).

**SO ORDERED** this 29th day of July, 2026.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE